FILED
4/24/25 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-20872-GLT |
| | ) | |
| Major R. Rainey | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Major R. Rainey | ) | |
|     Movant | ) | Related to Doc. No.: 1, 13 & 15 |
| | ) | |
| vs | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## COURT ORDER

**AND NOW**, this ___24th Day of April_____, 2025, upon full consideration of the evidence before me, it is **ORDERED, ADJUDGED,** and **DECREED** that the Debtor's Motion to Reconsider Order of Court is hereby **GRANTED**. The Order dismissing the Debtors Chapter 13 case at Docket No. 13 is hereby **VACATED**.

It is further **ORDERED, ADJUDICATED** and **DECREED** that the above captioned case is hereby **REOPENED** and the case is **REINSTATED.**

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-20872-GLT
Major R. Rainey  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 24, 2025      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Major R. Rainey, 419 Grove Street, Apt. 3, Pittsburgh, PA 15219-8804 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519726 | + | Allegheny County, County Office Building, 542 Forbes Avenue, Third Floor, Pittsburgh, PA 15219-2906 |
| 16519729 | + | Andrew Gornall, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16519730 | + | Bankruptcy Department, Wells Fargo Bank, NA, One Home Campus MAC X2302-04c, Des Moines, IA 50328-0001 |
| 16519732 | | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd, Pittsburgh, PA 15235 |
| 16519735 | + | Chase #10, Po Box 24696, Columbus, OH 43224-0696 |
| 16519736 | + | Chase #11, PO Box 24696, Columbus, OH 43224-0696 |
| 16519744 | + | City of Pittsburgh, City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 16519747 | + | David Fein, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16519751 | | FRANCIS S. HALLINAN, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 16519749 | | Federman & Associates, 305 Old York Road, Suite 300, Jenkintown, PA 19046 |
| 16519764 | | PWSA, C/O Goehring, Rutter & Boehm, Jordan Tax Service, 102 Rahaw Road, Canonsburg, PA 15317 |
| 16519770 | + | US BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, CHASE HOME FINANCE, 3415 Vision Drive, DEPT OH4-7142, Columbus, OH 43219-6009 |
| 16519772 | + | WELLS FARGO BANK #2, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519774 | + | WELLS FARGO BANK NA #3, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519773 | + | Wells Fargo Bank N. A., 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 16522759 | + | Wilkinsburg Borough, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16522758 | + | Wilkinsburg School District, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519742 | + | chase home finance, LLC #13, LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16519771 | | wachovia mortgage, PO Box 659406, San Antonio, TX 78265-9406 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 24 2025 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 24 2025 23:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16519727 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 16519728 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16519731 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 24 2025 23:49:00 | Bayview Financial Loan #16, 4425 Ponce De Leon, Coral Gables, FL 33146-1837 |

Case 25-20872-GLT   Doc 19   Filed 04/26/25   Entered 04/27/25 00:27:18   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 16519733 | | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 24 2025 23:49:00 | Bayview Loan Servicing LLC, PO Box 331409, Miami, FL 33233-1409 |
| 16519734 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 23:50:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16519737 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2025 00:01:34 | Chase #12, PO Box 24696, Columbus, OH 43224-0696 |
| 16519738 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2025 00:01:40 | Chase #5, PO Box 24696, Columbus, OH 43224-0696 |
| 16519739 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 23:50:55 | Chase #6, Po Box 24696, Columbus, OH 43224-0696 |
| 16519740 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2025 00:01:49 | Chase #7, PO Box 24696, Columbus, OH 43224-0696 |
| 16519741 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 23:50:59 | Chase #8, Po Box 24696, Columbus, OH 43224-0696 |
| 16519743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 23:51:21 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16519745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16519746 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 23:50:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16523838 | + | Email/Text: FSBank@franklinservice.com | Apr 24 2025 23:49:00 | Dialysis Clinic #841 Banksville, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 16519748 | + | Email/Text: mrdiscen@discover.com | Apr 24 2025 23:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16519750 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2025 00:01:48 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16519752 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 23:50:23 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16519753 | ^ | MEBN | Apr 24 2025 23:42:06 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16519754 | ^ | MEBN | Apr 24 2025 23:42:07 | KML Law Group PC, 701 Market Street, Suite 5000, ATTN: Jill Jenkins, Philadelphia, PA 19106-1541 |
| 16519760 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 24 2025 23:49:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 16519756 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 24 2025 23:49:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16519758 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 24 2025 23:49:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 16519761 | + | Email/Text: bnc@nordstrom.com | Apr 24 2025 23:49:25 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16519762 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 24 2025 23:49:00 | Ocwen Loan Servicing, Attn: Bankruptcy, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 16519763 | | Email/Text: BKEBN-Notifications@ocwen.com | Apr 24 2025 23:49:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, PO Box 24605, Suite 100, West Palm Beach, FL 33416-4605 |
| 16521869 | + | Email/Text: ebnpeoples@grblaw.com | Apr 24 2025 23:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16519765 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2025 23:49:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, |

Case 25-20872-GLT    Doc 19    Filed 04/26/25    Entered 04/27/25 00:27:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16519767 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:51:19 | | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519768 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:01:40 | | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519769 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:01:48 | | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519775 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 24 2025 23:51:23 | | Wells Fargo Hm Mortgage #14, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BRAVO Residential Funding Trust 2024-RPL1 |
| cr | | City Of Pittsburgh |
| 16519757 | | NEED LANDLORD INFO |
| 16519766 | | Swissvale Borough |
| 16519759 | *+ | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16519755 | ##+ | Martha E. Von Rosenstiel, PC, 649 South Avenue, Unit 7, Clifton Heights, PA 19018-3541 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2025                                     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Major R. Rainey areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Denise Carlon | on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor City Of Pittsburgh kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 54

    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8