# UPMC
## Hospitalization Notice
### 05/01/2025

To whom it may concern,

Major Rainey (10/19/74) has been hospitalized at UPMC Presbyterian Hospital since April 21, 2025 and remains hospitalized to this day (5/1/2025). His condition warrants inpatient care and he has not been safe to leave the hospital up until through this point.

Please reach out to our office if you have any questions.

Best,

Emily Mosher, MD

Vascular Surgery

(412) 802-3333