FILED
5/21/25 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-20872-GLT |
| | ) | |
| Major R. Rainey | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Major R. Rainey | ) | |
|     Movant | ) | Related to Docket No. 32 |
| | ) | |
|     vs | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

### ORDER OF COURT

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is

**GRANTED**. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the time for filing the

completed Chapter 13 Petition is extended to June 2, 2025.

      No further extensions will be granted. This petition will be dismissed if it is not
completed by the extended date.


Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court


Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 25-20872-GLT

Major R. Rainey                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 2
Date Rcvd: May 21, 2025                      Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

**Recip ID          Recipient Name and Address**
db              +   Major R. Rainey, 419 Grove Street, Apt. 3, Pittsburgh, PA 15219-8804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

**Name                      Email Address**

Albert G. Reese, Jr.
                           on behalf of Debtor Major R. Rainey areese8897@aol.com
                           agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Denise Carlon
                           on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1 dcarlon@kmllawgroup.com

Elizabeth K. Holdren
                           on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association  as
                           Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Secu
                           eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey Hunt
                           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jennifer L. Cerce
                           on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor City Of Pittsburgh kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tammy Benoza
on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com


TOTAL: 10