**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-20872-GLT |
| | ) | |
| Major R. Rainey | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Major R. Rainey | ) | |
|    Movant | ) | Related to Doc. No.: |
| | ) | |
| vs | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

## AFFIDAVIT OF INCOME

I, **Major R. Rainey,** hereby certify that the information I have provided to my Attorney is accurate to the best of my knowledge.

1. I, Major R. Rainey, am currently a self-employed landlord and receives approximately $6,500.00 per month in rental income.

2. I have submitted to my attorney all documentary proof of income from all sources I have in my possession. I hereby declare under penalty of perjury that the foregoing is true and accurate.

Dated: **June 2, 2025**               /s/ **Major R. Rainey**
                                                                 **Major R. Rainey**