| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Major R. Rainey<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0177<br>EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 13   4/7/25 |
| Case number: | 25–20872–GLT | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case  (AMENDED)                10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Major R. Rainey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 419 Grove Street, Apt. 3<br>Pittsburgh, PA 15219 | |
| 4. | **Debtor's attorney**<br>Name and address | Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235 | Contact phone 412–241–1697<br>Email: areese8897@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 7/23/25 |

**For more information, see page 2**

Debtor **Major R. Rainey**     Case number **25–20872–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 18, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/17/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/16/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/3/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/18/25** at **09:00 AM**, Location: **Same location as the Meeting of Creditors.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20872-GLT |
| Major R. Rainey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Major R. Rainey, 419 Grove Street, Apt. 3, Pittsburgh, PA 15219-8804 |
| cr | + | Community Loan Servicing, LLC fka Bayview Loan Ser, 7600 IMPERIAL WAY, SUITE 121, ALLENTOWN, PA 18106 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519726 | + | Allegheny County, County Office Building, 542 Forbes Avenue, Third Floor, Pittsburgh, PA 15219-2906 |
| 16519729 | + | Andrew Gornall, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16519730 | + | Bankruptcy Department, Wells Fargo Bank, NA, One Home Campus MAC X2302-04c, Des Moines, IA 50328-0001 |
| 16519732 | | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd, Pittsburgh, PA 15235 |
| 16519735 | + | Chase #10, Po Box 24696, Columbus, OH 43224-0696 |
| 16519736 | + | Chase #11, PO Box 24696, Columbus, OH 43224-0696 |
| 16519744 | + | City of Pittsburgh, City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 16519747 | + | David Fein, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16541740 | + | Duquesne Light, PO BOX 67, Pittsburgh, PA 15267-0067 |
| 16519751 | | FRANCIS S. HALLINAN, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 16519749 | | Federman & Associates, 305 Old York Road, Suite 300, Jenkintown, PA 19046 |
| 16519764 | | PWSA, C/O Goehring, Rutter & Boehm, Jordan Tax Service, 102 Rahaw Road, Canonsburg, PA 15317 |
| 16541751 | + | Saloam Bey-White, 7424 Washington Avenue, Pittsburgh, PA 15218-2521 |
| 16546218 | | U.S. Bank National Association, as Indenture Trust, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603 |
| 16519770 | + | US BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, CHASE HOME FINANCE, 3415 Vision Drive, DEPT OH4-7142, Columbus, OH 43219-6009 |
| 16519772 | + | WELLS FARGO BANK #2, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519774 | + | WELLS FARGO BANK NA #3, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519773 | + | Wells Fargo Bank N. A., 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 16522759 | + | Wilkinsburg Borough, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16522758 | + | Wilkinsburg School District, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16541755 | + | Wilkinsburg School District, c/o Maiello Burngo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519742 | + | chase home finance, LLC #13, LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16519771 | | wachovia mortgage, PO Box 659406, San Antonio, TX 78265-9406 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 24 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | ^ | MEBN | Jul 24 2025 00:20:27 | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543, UNITED STATES 08543-5226 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 24 2025 00:31:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn |

Case 25-20872-GLT   Doc 49   Filed 07/25/25   Entered 07/26/25 00:31:21   Desc Imaged
                              Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: jlc@mbm-law.net | Jul 24 2025 00:31:00 | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519727 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 24 2025 00:31:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 16519728 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 24 2025 00:31:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16543189 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2025 00:32:00 | BRAVO Residential Funding Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16519731 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 24 2025 00:31:00 | Bayview Financial Loan #16, 4425 Ponce De Leon, Coral Gables, FL 33146-1837 |
| 16519733 | | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 24 2025 00:31:00 | Bayview Loan Servicing LLC, PO Box 331409, Miami, FL 33233-1409 |
| 16519734 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 00:57:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16519737 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 01:16:32 | Chase #12, PO Box 24696, Columbus, OH 43224-0696 |
| 16519738 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 00:42:15 | Chase #5, PO Box 24696, Columbus, OH 43224-0696 |
| 16519739 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 01:38:50 | Chase #6, Po Box 24696, Columbus, OH 43224-0696 |
| 16519740 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 00:59:50 | Chase #7, PO Box 24696, Columbus, OH 43224-0696 |
| 16519741 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 00:42:10 | Chase #8, Po Box 24696, Columbus, OH 43224-0696 |
| 16519743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 00:58:36 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16519745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 00:31:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16519746 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 01:38:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16523838 | + | Email/Text: FSBank@franklinservice.com | Jul 24 2025 00:31:00 | Dialysis Clinic #841 Banksville, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 16519748 | + | Email/Text: mrdiscen@discover.com | Jul 24 2025 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16519750 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 24 2025 00:58:06 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16538195 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 24 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16519752 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2025 01:38:50 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16519753 | ^ | MEBN | Jul 24 2025 00:20:03 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16519754 | ^ | MEBN | Jul 24 2025 00:20:04 | KML Law Group PC, 701 Market Street, Suite 5000, ATTN: Jill Jenkins, Philadelphia, PA 19106-1541 |
| 16519760 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 24 2025 00:31:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, |

Case 25-20872-GLT    Doc 49    Filed 07/25/25    Entered 07/26/25 00:31:21    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | TX 75266-0360 |
| 16541744 | + Email/Text: POCInquiries@BonialPC.com | Jul 24 2025 00:31:00 | National Bankruptcy Services.com, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 16519756 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2025 00:32:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16542473 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2025 00:32:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 16519758 | + Email/Text: mtgbk@shellpointmtg.com | Jul 24 2025 00:31:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 16542394 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 24 2025 00:31:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 16519761 | + Email/Text: bnc@nordstrom.com | Jul 24 2025 00:31:43 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16519762 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 24 2025 00:31:00 | Ocwen Loan Servicing, Attn: Bankruptcy, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 16519763 | Email/Text: BKEBN-Notifications@ocwen.com | Jul 24 2025 00:31:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, PO Box 24605, Suite 100, West Palm Beach, FL 33416-4605 |
| 16543950 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16521869 | + Email/Text: ebnpeoples@grblaw.com | Jul 24 2025 00:31:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16543179 | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16519765 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2025 00:32:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16519767 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 01:38:50 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16544000 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2025 00:58:27 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16519768 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 00:58:56 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519769 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 00:43:55 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16544157 | Email/Text: BNCnotices@dcmservices.com | Jul 24 2025 00:31:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16544151 | Email/Text: BNCnotices@dcmservices.com | Jul 24 2025 00:31:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16519775 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 24 2025 01:39:08 | Wells Fargo Hm Mortgage #14, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 16546207 | + Email/Text: BKMAIL@planethomelending.com | Jul 24 2025 00:31:00 | WINDSTREAM CAPITAL, LLC, c/o PLANET HOME LENDING, LLC, 321 RESEARCH PARKWAY, STE. 303, MERIDEN, CT 06450-8342 |
| 16522759 | + Email/Text: jlc@mbm-law.net | Jul 24 2025 00:31:00 | Wilkinsburg Borough, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16541755 | + Email/Text: jlc@mbm-law.net | Jul 24 2025 00:31:00 | Wilkinsburg School District, c/o Maiello Burngo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16522758 | + Email/Text: jlc@mbm-law.net | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 71 |

|  | Jul 24 2025 00:31:00 | Wilkinsburg School District, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
|---|---|---|

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BRAVO Residential Funding Trust 2024-RPL1 |
| cr | | City Of Pittsburgh |
| cr | | Windstream Capital LLC. |
| 16519757 | | NEED LANDLORD INFO |
| 16519766 | | Swissvale Borough |
| 16541733 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16541734 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16541735 | *+ | Chase #6, Po Box 24696, Columbus, OH 43224-0696 |
| 16541736 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16541737 | *+ | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16541738 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16541739 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16541741 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16541742 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16541743 | *+ | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16541748 | *+ | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 16541745 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16519759 | *+ | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16541747 | *+ | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16541746 | *+ | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 16541749 | *+ | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16541750 | *+ | Ocwen Loan Servicing, Attn: Bankruptcy, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 16541752 | *+ | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16541753 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16541754 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519755 | ##+ | Martha E. Von Rosenstiel, PC, 649 South Avenue, Unit 7, Clifton Heights, PA 19018-3541 |

TOTAL: 5 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | |
| | on behalf of Debtor Major R. Rainey areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 71 |

Denise Carlon
 on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1 dcarlon@kmllawgroup.com

Elizabeth K. Holdren
 on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Secu eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey Hunt
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Jennifer L. Cerce
 on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
 on behalf of Creditor City Of Pittsburgh kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Tammy Benoza
 on behalf of Creditor Windstream Capital LLC. bankruptcy@fskslaw.com

Tammy Benoza
 on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

TOTAL: 11