**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>Major R. Rainey,<br><br>        Debtor.<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D<br><br>        Creditor/Movant.<br><br>v.<br><br>        Ronda J. Winnecour<br>        Respondent. | CHAPTER 13<br><br>CASE NO.: 25-20872-GLT<br><br>HEARING DATE: August 18, 2025<br><br>TIME: 9:00 am |

**OBJECTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2021-D, MORTGAGE-BACKED SECURITIES, SERIES 2021-D TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D ("Shellpoint"), by and through its attorneys Hill Wallack LLP, hereby objects to the confirmation of the Debtor's filed Chapter 13 Plan ("Plan") as follows:

      1.      U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D is the holder of a Note and Mortgage on real property owned by Major R. Rainey, ("Debtor") at 419 Grove Street, Pittsburgh, PA 15219 (the "Property").

2. The Debtor's Plan (Doc 40) fails to adequately provide for the claim of Shellpoint. The subject loan matures in November 2029, and therefore the claim of Shellpoint is a total debt claim. As of April 7, 2025 (the "Petition Date"), the objecting creditor is due $20,043.84, which sum is more particularly set forth in the Proof of Claim filed June 16, 2025 (Claim 22). The Chapter 13 Plan (the "Plan") provides only for ongoing monthly mortgage payments and does not provide for payment of the full total debt claim, plus interest.

3. As such, and given the maturity of the subject loan, the Plan violates the provisions of 11 U.S.C. § 1322(b)(2), which prohibits a debtor from modifying the rights of a creditor who holds a security interest in the debtor's principal residence.

4. Debtor's Plan does not provide specifications for the ongoing post-petition taxes and insurance. Furthermore, as this is a total debt claim, Debtor is responsible for all future payments on taxes and insurance and Movant requests amendment to the Plan setting forth that obligation of the Debtor.

5. As a result of the foregoing, the Debtor's Chapter 13 Plan is not confirmable as the Plan fails to provide for the full claim of Shellpoint. As such, Shellpoint objects to the confirmation of the Debtor's Chapter 13 Plan.

WHEREFORE, PREMISES CONSIDERED, Shellpoint respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan as proposed, and requests that the plan should be modified or the case should be converted to Chapter 7 or dismissed.

Respectfully submitted,

*/s/Elizabeth K. Holdren*
Elizabeth K. Holdren, Esq.
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
Phone: 609-734-6345
Email: eholdren@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>Major R. Rainey,<br><br>    Debtor.<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D<br><br>    Creditor/Movant.<br><br>v.<br><br>    Ronda J. Winnecour<br>    Respondent. | CHAPTER 13<br><br>CASE NO.: 25-20872-GLT<br><br>HEARING DATE: August 18, 2025<br><br>TIME: 9:00 am |

**ORDER**

**AND NOW,** this _____ day of _____, 2025, upon consideration of the Debtor's Chapter 13 Plan, and the objection of NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, and after hearing, it is hereby: **ORDERED** that confirmation of the Debtor's Chapter 13 Plan is denied.

                  **BY THE COURT:**

                  _____
                  **Gregory L Taddonio**
                  **U.S. BANKRUPTCY JUDGE**

| | |
|---|---|
| Major R. Rainey<br>419 Grove Street, Apt. 3<br>Pittsburgh, PA 15219<br>**Debtor**<br>**VIA REGULAR MAIL** | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>**Chapter 13 Trustee**<br>**VIA ECF** |
| Albert G. Reese, Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>**Counsel to Debtor**<br>**VIA ECF** | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222<br>**U.S. Trustee**<br>**VIA ECF** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>Major R. Rainey,<br><br>        Debtor.<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D<br><br>        Creditor/Movant.<br><br>v.<br><br>        Ronda J. Winnecour<br>        Respondent. | CHAPTER 13<br><br>CASE NO.: 25-20872-GLT<br><br>HEARING DATE: August 18, 2025<br><br>TIME: 9:00 am |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF THE DEBTOR'S FILED CHAPTER 13 PLAN**

      I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Objection to Confirmation of the Debtor's Chapter 13 Plan, on the parties below via First-Class Mail and Electronic Notification on August 5, 2025.

| | |
|---|---|
| Major R. Rainey<br>419 Grove Street, Apt. 3<br>Pittsburgh, PA 15219<br>**Debtor**<br>**VIA REGULAR MAIL** | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>**Chapter 13 Trustee**<br>**VIA ECF** |
| Albert G. Reese, Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>**Counsel to Debtor**<br>**VIA ECF** | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222<br>**U.S. Trustee**<br>**VIA ECF** |

                                          Respectfully submitted,

                                          /s/Elizabeth K. Holdren
                                          Elizabeth K. Holdren, Esq