IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| MAJOR RAINEY | : CASE NO. 25-20872-GLT |
| | : |
| _____DEBTOR,_____ | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : August 18, 2025, at 9:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| MAJOR RAINEY | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 56 |

## CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on August 7, 2025 by:

**25-20872-GLT Notice will be electronically mailed to:**

Tammy Benoza on behalf of Creditor Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC
bankruptcy@fskslaw.com

Tammy Benoza on behalf of Creditor Planet Home Lending, LLC as servicer for Windstream Capital LLC
bankruptcy@fskslaw.com

Tammy Benoza on behalf of Creditor Windstream Capital LLC.
bankruptcy@fskslaw.com

Denise Carlon on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1

dcarlon@kmllawgroup.com

Jennifer L. Cerce on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg
jlc@mbm-law.net

Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

Keri P. Ebeck on behalf of Creditor City Of Pittsburgh
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Elizabeth K. Holdren on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Secu
eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Major R. Rainey
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**25-20872-GLT Notice will not be electronically mailed to:**



EXECUTED ON: August 7, 2025

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459