UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MAJOR R. RAINEY,<br>                      Debtor(s). | Case No. 25-20872 GLT |
| PLANET HOME LENDING, LLC<br>AS SERVICER FOR WINDSTREAM<br>CAPITAL LLC,<br>                      Movant.<br>            v.<br><br>MAJOR R. RAINEY,<br>      Debtor(s),<br>         and<br>RONDA J. WINNECOUR,<br>      Trustee,<br>                    Respondents. | Chapter 13 |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF PLANET HOME LENDING, LLC
AS SERVICER FOR WINDSTREAM
CAPITAL LLC FOR RELIEF OF THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 8, 2025**, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    An in-person hearing will be held on **September 15, 2025 at 10:00am** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General*

*Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-

proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: August 8, 2025 /s/ *Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza, Esq.
Fein, Such, Kahn & Shepard, P.C.
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
973-538-4700
PA Bar Number:  20271989
Email:  bankruptcy@fskslaw.com