Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−20872−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Major R. Rainey
   419 Grove Street, Apt. 3
   Pittsburgh, PA 15219

Social Security No.:
   xxx−xx−0177

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>Telephone number: 412−241−1697 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 27, 2025<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 27, 2025<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/19/25

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20872-GLT |
| Major R. Rainey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 5
Date Rcvd: Aug 19, 2025    Form ID: rsc13    Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Major R. Rainey, 419 Grove Street, Apt. 3, Pittsburgh, PA 15219-8804 |
| cr | + | Community Loan Servicing, LLC fka Bayview Loan Ser, 7600 IMPERIAL WAY, SUITE 121, ALLENTOWN, PA 18106 |
| cr | + | School District of Pittsburgh, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16519726 | + | Allegheny County, County Office Building, 542 Forbes Avenue, Third Floor, Pittsburgh, PA 15219-2906 |
| 16519729 | + | Andrew Gornall, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16519730 | + | Bankruptcy Department, Wells Fargo Bank, NA, One Home Campus MAC X2302-04c, Des Moines, IA 50328-0001 |
| 16519732 | | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd, Pittsburgh, PA 15235 |
| 16519735 | + | Chase #10, Po Box 24696, Columbus, OH 43224-0696 |
| 16519736 | + | Chase #11, PO Box 24696, Columbus, OH 43224-0696 |
| 16519744 | + | City of Pittsburgh, City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 16519747 | + | David Fein, Suite 5000 Mellon Independance, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16541740 | + | Duquesne Light, PO BOX 67, Pittsburgh, PA 15267-0067 |
| 16519751 | | FRANCIS S. HALLINAN, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 16519749 | | Federman & Associates, 305 Old York Road, Suite 300, Jenkintown, PA 19046 |
| 16519764 | | PWSA, C/O Goehring, Rutter & Boehm, Jordan Tax Service, 102 Rahaw Road, Canonsburg, PA 15317 |
| 16541751 | + | Saloam Bey-White, 7424 Washington Avenue, Pittsburgh, PA 15218-2521 |
| 16546218 | | U.S. Bank National Association, as Indenture Trust, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603 |
| 16519770 | + | US BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, CHASE HOME FINANCE, 3415 Vision Drive, DEPT OH4-7142, Columbus, OH 43219-6009 |
| 16519772 | + | WELLS FARGO BANK #2, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519774 | + | WELLS FARGO BANK NA #3, Attn: Bankruptcy, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 16519773 | + | Wells Fargo Bank N. A., 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 16519742 | + | chase home finance, LLC #13, LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16519771 | | wachovia mortgage, PO Box 659406, San Antonio, TX 78265-9406 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2025 00:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 20 2025 00:17:00 | County of Allegheny, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 20 2025 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | ^ | MEBN | Aug 20 2025 00:00:22 | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 21 Roszel Road PO Box |

Case 25-20872-GLT    Doc 65    Filed 08/21/25    Entered 08/22/25 00:32:14    Desc Imaged
                        Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Aug 19, 2025 | Form ID: rsc13 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | | 5226, Princeton, NJ 08543, UNITED STATES 08543-5226 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Aug 20 2025 00:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + Email/Text: jlc@mbm-law.net | Aug 20 2025 00:18:00 | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16519727 | + Email/Text: ally@ebn.phinsolutions.com | Aug 20 2025 00:17:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 16519728 | + Email/Text: ally@ebn.phinsolutions.com | Aug 20 2025 00:17:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16543189 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 00:18:00 | BRAVO Residential Funding Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16519731 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 20 2025 00:17:00 | Bayview Financial Loan #16, 4425 Ponce De Leon, Coral Gables, FL 33146-1837 |
| 16519733 | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 20 2025 00:17:00 | Bayview Loan Servicing LLC, PO Box 331409, Miami, FL 33233-1409 |
| 16519734 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2025 00:28:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16519737 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:41:27 | Chase #12, PO Box 24696, Columbus, OH 43224-0696 |
| 16519738 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:28:21 | Chase #5, PO Box 24696, Columbus, OH 43224-0696 |
| 16519739 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:16:27 | Chase #6, Po Box 24696, Columbus, OH 43224-0696 |
| 16519740 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:27:58 | Chase #7, PO Box 24696, Columbus, OH 43224-0696 |
| 16519741 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:41:50 | Chase #8, Po Box 24696, Columbus, OH 43224-0696 |
| 16519743 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 00:29:11 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16519745 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2025 00:18:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16567489 | + Email/Text: ebnjts@grblaw.com | Aug 20 2025 00:17:00 | County of Allegheny, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16519746 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 00:16:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16523838 | + Email/Text: FSBank@franklinservice.com | Aug 20 2025 00:17:00 | Dialysis Clinic #841 Banksville, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 16519748 | + Email/Text: mrdiscen@discover.com | Aug 20 2025 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16519750 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 20 2025 00:28:18 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16538195 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 20 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16519752 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:17:19 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |

Case 25-20872-GLT    Doc 65    Filed 08/21/25    Entered 08/22/25 00:32:14    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: rsc13 | Total Noticed: 76 |

| ID | Flag | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 16519753 | ^ | MEBN | Aug 20 2025 00:00:30 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16519754 | ^ | MEBN | Aug 20 2025 00:00:30 | KML Law Group PC, 701 Market Street, Suite 5000, ATTN: Jill Jenkins, Philadelphia, PA 19106-1541 |
| 16519760 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 20 2025 00:17:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 16541744 | + | Email/Text: POCInquiries@BonialPC.com | Aug 20 2025 00:17:00 | National Bankruptcy Services.com, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 16519756 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 20 2025 00:18:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16542473 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 20 2025 00:18:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 16519758 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2025 00:17:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 16542394 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 20 2025 00:17:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 16519761 | + | Email/Text: bnc@nordstrom.com | Aug 20 2025 00:18:29 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16519762 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 20 2025 00:17:00 | Ocwen Loan Servicing, Attn: Bankruptcy, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 16519763 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 20 2025 00:17:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, PO Box 24605, Suite 100, West Palm Beach, FL 33416-4605 |
| 16543950 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16521869 | + | Email/Text: ebnpeoples@grblaw.com | Aug 20 2025 00:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16543179 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16567160 | + | Email/Text: ebnjts@grblaw.com | Aug 20 2025 00:17:00 | School District of Pittsburgh, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16519765 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 00:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16519767 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 00:41:53 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16544000 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2025 00:16:25 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16519768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 00:16:13 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 00:28:44 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16544157 | | Email/Text: BNCnotices@dcmservices.com | Aug 20 2025 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16544151 | | Email/Text: BNCnotices@dcmservices.com | Aug 20 2025 00:18:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16519775 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 20 2025 00:29:46 | Wells Fargo Hm Mortgage #14, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 16546207 | + | Email/Text: BKMAIL@planethomelending.com | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: rsc13 | Total Noticed: 76 |

|  |  |  | Aug 20 2025 00:18:00 | WINDSTREAM CAPITAL, LLC, c/o PLANET HOME LENDING, LLC, 321 RESEARCH PARKWAY, STE. 303, MERIDEN, CT 06450-8342 |
|---|---|---|---|---|
| 16522759 | + | Email/Text: jlc@mbm-law.net | Aug 20 2025 00:18:00 | Wilkinsburg Borough, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16541755 | + | Email/Text: jlc@mbm-law.net | Aug 20 2025 00:18:00 | Wilkinsburg School District, c/o Maiello Burngo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16522758 | + | Email/Text: jlc@mbm-law.net | Aug 20 2025 00:18:00 | Wilkinsburg School District, c/o Maiello Brungo Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BRAVO Residential Funding Trust 2024-RPL1 |
| cr | | City Of Pittsburgh |
| cr | | PA Dept of Revenue |
| cr | | Planet Home Lending, LLC as servicer for Windstrea, Fein, Such, Kahn & Shepard, P.C. |
| cr | | Windstream Capital LLC. |
| 16519757 | | NEED LANDLORD INFO |
| 16519766 | | Swissvale Borough |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16541733 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16541734 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16541735 | *+ | Chase #6, Po Box 24696, Columbus, OH 43224-0696 |
| 16541736 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16541737 | *+ | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16541738 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16541739 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16541741 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16541742 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16541743 | *+ | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16541748 | *+ | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 16541745 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16519759 | *+ | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16541747 | *+ | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16541746 | *+ | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 16541749 | *+ | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16541750 | *+ | Ocwen Loan Servicing, Attn: Bankruptcy, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 16541752 | *+ | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16541753 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16541754 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16519755 | ##+ | Martha E. Von Rosenstiel, PC, 649 South Avenue, Unit 7, Clifton Heights, PA 19018-3541 |

TOTAL: 7 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Major R. Rainey areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Denise Carlon | on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1 dcarlon@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Secu eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Jonathan W. Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| Keri P. Ebeck | on behalf of Creditor City Of Pittsburgh kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com |
| Richard Monti | on behalf of Creditor School District of Pittsburgh rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tammy Benoza | on behalf of Creditor Windstream Capital LLC. bankruptcy@fskslaw.com |
| Tammy Benoza | on behalf of Creditor Planet Home Lending LLC as servicer for Windstream Capital LLC bankruptcy@fskslaw.com |
| Tammy Benoza | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |

TOTAL: 15