Case 25-20872-GLT   Doc 72   Filed 09/16/25   Entered 09/16/25 09:48:18   Desc Main
Document      Page 1 of 1

FILED
9/16/25 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 25-20872-GLT |
| | : | Chapter: 13 |
| Major R. Rainey | : | |
| | : | |
| | : | Date: 9/15/2025 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #59 - Amended Motion for Relief from Stay Filed by Planet Home Laneding LLC as Servicer for Windstream Capital LLC
#71 - Response filed by Debtor

**APPEARANCES**:
Debtor: No Appearance
Label: Tammy Benoza
Trustee: Ronda J. Winnecour

[11:04]
**NOTES:**

Benoza: Counsel for Debtor called this morning to request an adjournment. I did agree to the adjournment. Debtor said lump sum payment would be made at the end of September. Debtor promised a lump sum payment of $7,000 by September 26.

Winnecour: I am showing that I will need a monthly payment of $11,097. He needs to show for the 341 and also show that the case is feasible. This needs to be a 100% plan because the Debtor has a number of properties. Mr. Reese indicated that he intended to surrender some of the assets to keep the plan payment feasible. The current plan payment is $3,500. Hasn't called for surrendered property right now.

Benoza: We didn't set a specific date adjournment. Can you adjourn for one cycle?

**OUTCOME:**

1. For the reasons stated on the record at the September 15, 2025 hearing, the *Amended Motion of Planet Home Lending, LLC as Servicer for Windstream Capital LLC for Relief from the Automatic Stay* [Dkt. No. 59] is **CONTINUED** to November 5, 2025 at 10:30 a.m. [Text Order]

**DATED:** 9/15/2025