FILED
11/5/25 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-20872-GLT |
| | : | Chapter: | 13 |
| Major R. Rainey | : | | |
| | : | | |
| | : | Date: | 11/5/2025 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**  #59 - Continued Amended Motion for Relief from Stay Filed by
Planet Home Laneding LLC as Servicer for
Windstream Capital LLC
         #71 - Response filed by Debtor

**APPEARANCES**:
   Debtor:    Franklin Robinson
   Trustee:    Owen Katz
   Creditor:    Tammy Benoza

[10:30]
**NOTES:**

Benoza: The Debtor was ordered to make a lump sum payment and amend the plan. At this point I would press for the motion to be granted.

Robinson: Attorney Reese is in the hospital. Mr. Rainey has paid $7,000 before he was hospitalized.

Katz: The monthly payment is around $3,500. There was a payment posted for August and September for $7,000 and then $4,000 in October. $3,500/month is substantially less than is needed to fund this plan going forward,

Court: Why has the Debtor not appeared at the 341 meetings on three separate occasions?

Robinson: Based on the information that I received from Attorney Reese, the Debtor has been in the hospital for a life-threatening issue with his heart. In June he was released. He was there for a number of months.

Court: But two of the missed 341 meetings were in August and October?

Robinson: If the Debtor can have one more chance I think he will be able to cure these issues.

Court: So, what's the point of having this property as part of the reorganization in this case?

Robinson: The Debtor was trying to rehab the property. Clearly there's not much equity in the property. It's not creating income.

Court: My understanding was that the Debtor was going to file an amended plan?

Robinson: Based on my discussion with Attorney Reese, he would like the keep the property.

Court: The Debtor has by my count, 24 different properties.

Robinson: Yes, a substantial number, Your Honor.

Court: I am not clear that I have adequate protection here. These interim payments can't be dispersed because the Debtor has not

appeared at the 341 meetings.

Robinson: Can you give the Debtor another opportunity to attend the meeting of creditors?

Court: I need this to happen before January. This isn't the first case the Debtor has had.

Katz: For a 100% plan, the estimate would have to be around $12,000. Your Honor, I was at the scheduled 341 meeting on October 27th. The reason it did not go forward was that Mr. Reese had a conflict. Our understanding was that amended plan would be filed, certain properties would be sold, and then we wanted to see what properties are generating revenue. We also wanted a 2024 tax return which we have not yet been provided.

Benoza: I am sympathetic here, but at a certain point we shouldn't have to set hearing dates for things that should be done automatically.

Robinson: While the history is what it is here, I would ask the Court would allow him to complete the plan payments and attend the 341 meeting.

Court: There is a limit to how many courtesies I am prepared to extend. I am inclined to grant the motion. While there are payments coming in, trustee's hands are tied.

***OUTCOME*:**

  1. For the reasons stated on the record at the November 5, 2025 hearing, the *Amended Motion for Relief from Stay Filed by Planet Home Laneding LLC as Servicer for Windstream Capital LLC* [Dkt. No. 59] is **GRANTED**. [DB to enter proposed order at Dkt. No. 59]

**DATED:**  11/5/2025