UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

FILED
11/5/25 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br><br>MAJOR R. RAINEY,<br>      Debtor(s). | Case No. 25-20872 GLT |
| PLANET HOME LENDING, LLC<br>AS SERVICER FOR WINDSTREAM<br>CAPITAL LLC,<br>      Movant.<br>  v.<br><br>MAJOR R. RAINEY,<br>  Debtor(s),<br>    and<br>RONDA J. WINNECOUR,<br>  Trustee,<br>      Respondents. | Chapter 13<br><br>Related to Docket No. 59 |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 1901 MONONGAHELA AVENUE, PITTSBURGH, PA 15218

UPON CONSIDERATION of the Motion of Planet Home Lending, LLC as servicer for Windstream Capital LLC for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Planet Home Lending, LLC as servicer for Windstream Capital LLC to exercise its state law rights and remedies as concerns its mortgage lien against the Premises located at 1901 Monongahela Avenue, Pittsburgh, PA 15218; under applicable state law; and it is

**ORDERED** that Rule 4001(a)(3) shall not apply to this Order and Planet Home Lending, LLC as servicer for Windstream Capital LLC shall be entitled to immediately exercise its rights and remedies against the foregoing Premises; and it is

**FURTHER ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter of the Bankruptcy Code.

By the Court,

_____
Gregory L. Taddonio, U.S. Bankruptcy Judge

DATED: November 05, 2025

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20872-GLT |
| Major R. Rainey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Major R. Rainey, 419 Grove Street, Apt. 3, Pittsburgh, PA 15219-8804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Major R. Rainey areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Denise Carlon | on behalf of Creditor BRAVO Residential Funding Trust 2024-RPL1 dcarlon@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Secu eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Jonathan W. Chatham
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

Keri P. Ebeck
    on behalf of Creditor City Of Pittsburgh kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Monti
    on behalf of Creditor School District of Pittsburgh rmonti@grblaw.com

Richard Monti
    on behalf of Creditor Pittsburgh Water and Sewage Authority rmonti@grblaw.com

Richard Monti
    on behalf of Creditor County of Allegheny rmonti@grblaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tammy Benoza
    on behalf of Creditor Windstream Capital LLC. bankruptcy@fskslaw.com

Tammy Benoza
    on behalf of Creditor Planet Home Lending  LLC as servicer for Windstream Capital LLC bankruptcy@fskslaw.com

Tammy Benoza
    on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

TOTAL: 16